| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Averitte, Clinton E. | 2. Court or Organization<br><br>USDC ND TX, Amarillo Division | 3. Date of Report<br><br>08/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge -- Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States District Court<br>205 E. 5th Street, Box 13246<br>Amarillo, TX 79101-1524 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ▨ Farming (Averitte & Averitte). There is no distribution of income other than in the form of rents which are divided (cont'd p. VIII) |
| 2. | Council President | Boy Scouts of America - Golden Spread Council |
| 3. | Immediate Past President | Amarillo Area Bar Association |
| 4. | Co-Executor | Estate #1 |
| 5. | Executor | Estate #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Undated | Partnership exists based on a verbal agreement. The Partnership consists only of ▨ members. The property interests are listed in VII, 2-15 & 27. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 08/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/13-12/13 | Hill's Hallmark Gift Store - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amarillo National Bank | Loans | K |
| 2. | Amarillo Community Federal Credit Union, Amarillo, TX | Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House #2, Lubbock County, TX | | None | M | W | | | | | |
| 2. Farm #1, Randall County, TX | B | Rent | K | W | | | | | |
| 3. Mineral Int. for Randall County Farm #1 (See #2 above) | | None | J | W | | | | | |
| 4. Farm #1, Hill County, TX | C | Rent | K | W | | | | | |
| 5. Mineral Int. for Hill County Farm #1 (See #4 above) | | None | J | W | | | | | |
| 6. Farm #1, Reeves County, TX | A | Rent | K | W | | | | | |
| 7. Mineral Int. for Reeves County Farm #1 (See #6 above) | E | Rent | K | W | | | | | |
| 8. Farm #2, Hill County, TX | B | Rent | K | W | | | | | |
| 9. Mineral Int. for Hill County Farm #2 (See #8 above) | | None | J | W | | | | | |
| 10. Lot, Hillsboro, TX | A | Rent | J | W | | | | | |
| 11. Land, Whitney, Hill Co., TX | | None | J | W | | | | | |
| 12. Minerals, Whitney, Hill Co., TX (See #11 above) | A | Rent | J | W | | | | | |
| 13. Mineral Int., no surface, Hill County, TX | | None | J | W | | | | | |
| 14. LPL Financial, American Funds Invest. Co. of America | B | Dividend | L | T | | | | | |
| 15. LPL Financial, American Funds Invest. Co. of America | B | Dividend | K | T | | | | | |
| 16. Amarillo National Bank - Amarillo, TX | A | Interest | M | T | | | | | |
| 17. Bank of America, Amarillo, TX | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amarillo Community Fed. Credit Union, Amarillo, TX (X) | A | Interest | K | T | | | | | |
| 19. Farm #2, Randall County, TX | A | Rent | L | W | | | | | |
| 20. Happy State Bank (X) | A | Interest | M | T | | | | | |
| 21. Education Credit Union, Amarillo, TX (X) | A | Interest | K | T | | | | | |
| 22. Mass Mutual Permanent Life (X) | B | Dividend | L | T | | | | | |
| 23. New York Life Adjustable Insurance Policy | B | Dividend | K | T | | | | | |
| 24. Upton Co. Production | E | Royalty | K | W | | | | | |
| 25. (No. 24 con't) Pioneer National Resources, USA, Inc. | | | | | | | | | |
| 26. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 27. Chase Bank | A | Interest | K | T | | | | | |
| 28. LPL Financial, Rio Tinto PLC (X) | A | Dividend | J | T | | | | | |
| 29. Annuity: Lincoln National Group (X) | A | Dividend | K | T | | 06/18/13 | K | A | Estate #2 |
| 30. Estate #1 (X) | A | Dividend | J | T | | 06/17/13 | J | A | |
| 31. Estate #1 (X) ICMA RC IRA | A | Dividend | J | T | | 06/17/13 | J | A | |
| 32. Estate #2 (X) | G | Royalty | P1 | T | | 06/17/13 | P1 | G | |
| 33. Estate #2: Home, Ft. Worth, TX (X) | | None | M | W | | | | | |
| 34. Estate #2: Farm #1 Hill Co., TX (X) | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Estate #2: Farm #2 Hill Co., TX (X) | D | Rent | N | W | | | | | |
| 36. Estate #2: Farm, Randall Co., TX (X) | C | Rent | M | W | | | | | |
| 37. Estate #2: Farm, Reeves Co., TX (X) | A | Rent | M | W | | | | | |
| 38. Estate #2: Lots, Hillsboro, TX (X) | B | Rent | K | W | | | | | |
| 39. Estate #2: Land, Whitney, Hill Co., TX (X) | | None | K | W | | | | | |
| 40. Estate #2: Tarrant Co. & Hill Co. TX Cemetery Lots (X) | | None | J | W | | | | | |
| 41. Estate #2: Non-Producing Mineral Interest, Hill Co., TX (X) | | None | J | W | | | | | |
| 42. Estate #2: Non-Producing Mineral Interest Limestone Co., TX | | None | J | W | | | | | |
| 43. Estate #2: Producing Minerals, Upton Co., TX (X) | G | Royalty | P1 | W | | | | | |
| 44. Estate #2: Riverbend Bank (X) | A | Int./Div. | N | T | | | | | |
| 45. Estate #2: Amarillo Nat'l Bank (X) | | None | M | T | | | | | |
| 46. Estate #2: Education Credit Union (X) | A | Interest | M | T | | | | | |
| 47. Estate #2: LPL Financial Mutual Fund (X) | B | Dividend | J | T | | | | | |
| 48. Estate #2: RBC Wealth Mgmt; Pioneer Natural Resources (X) | B | Dividend | K | T | | | | | |
| 49. Estate #2: RBC Wealth Mgmt; Mutual Fund, Putnam Growth Opport. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Averitte, Clinton E. | 08/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1: Name of Organization/Entity re: [REDACTED] con'd . . . based upon ownership percentage (See VII; 2-10).

Part VII.:

1. Both Estate #1, and Estate #2 came into legal existence, and were admitted to Probate on June 17, 2013.

2. Item #31 ICMA RC IRA is the only asset in Estate #1 as of 12/31/2013.

3. All assets listed in Items No. 33-49 are assets of Estate #2 as of 12/31/2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clinton E. Averitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544